UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHAWN RICHARD BECK,

     Plaintiff,

v.                                                                Case No.  3:18cv2210-LC-CJK

DR. HOWELL, et al.,

     Defendants.

_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case is before the court on referral from the clerk. On December 4, 2018, the court granted plaintiff's motion to proceed *in forma pauperis* and assessed an initial partial filing fee of $3.17, to be paid within 30 days. (Doc. 6). Plaintiff was warned that failure to pay the initial partial fee would result in dismissal of this case. Plaintiff has not complied with the order and has not responded to the January 31, 2019, order (doc. 10) requiring him to show cause, within 14 days, why this case should not be dismissed for failure to comply with a court order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with a court order.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 1st day of March, 2019.


/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**



<u>NOTICE TO THE PARTIES</u>

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.